JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
P.O. Box 9380
Missoula, MT 59807
Phone: (406) 721-6749
Fax:  (406) 721-7751

Attorneys for Defendant David E. Burgert

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID E. BURGERT,<br><br>Defendant. | **Case No.'s**   CR 02-49-M-DWM<br>                    CR 04-21-M-DWM<br><br>MOTION TO VACATE AND RESET RESENTENCING HEARINGS |
|---|---|

Defendant DAVID E. BURGERT, through counsel, JOHN RHODES and the FEDERAL DEFENDERS OF MONTANA, moves the Court to vacate the current resentencings set for March 9, 2007 at 10:00 a.m. and to continue the resentencings to allow time for USPO Jean Keiley to submit updated presentencing reports ("PSRs") to the Court and for both parties to review and potentially object to the PSR's pursuant to Fed. R. Crim. P. 32.  Pursuant to Local Rule of Criminal Procedure 12.2, AUSA Kris McLean does not oppose this motion.  This issue was also discussed with USPO Jean Keiley and she agrees with the government.

RESPECTFULLY SUBMITTED March 5, 2006.

                DAVID BURGERT

            By    */s/ John Rhodes*
            JOHN RHODES
                Assistant Federal Defender
                Federal Defenders of Montana
                P.O. Box 9380
                Missoula, MT 59807-9380
                    Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

      I hereby certify that on March 5, 2007, a copy of the foregoing document was served on the following persons by the following means:

<u> 1,2 </u>    CM-ECF

<u>     </u>    Hand Delivery

<u> 4,5 </u>    Mail

<u>     </u>    Overnight Delivery Service

<u>     </u>    Fax

<u>     </u>    E-Mail

1.    CLERK, UNITED STATES DISTRICT COURT

2.    KRIS McLEAN
   Assistant U.S. Attorney
   P.O. Box 8329
   Missoula, MT 59807
        Counsel for the United States

3.    JEAN KEILEY
   U.S. Probation Office
   P.O. Box 7675
   Missoula, MT 59807
        United States Probation Officer

4.    DAVID E. BURGERT, JR.
   USM # 07636-046
   FCI Talladega
   Federal Correctional Institution
   P.O. Box 1000
   Talladega, AL 35160
        Defendant

                         */s/ John Rhodes*
                         JOHN RHODES
                         Assistant Federal Defender
                         Federal Defenders of Montana
                         P.O. Box 9380
                         Missoula, MT 59807
                            Counsel for Defendant